# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY P. YOAKUM, <br><br> Plaintiff, <br><br> vs. <br><br> MIDWEST WEB, INC., a Nebraska Corporation; <br><br> Defendant. | 4:18CV3108 <br><br> ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1. On or before **August 12, 2019**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 12th day of July, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge